IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTONIO LAMONT ALLISON,

    Plaintiff,

v.                                                     Civil Action No. **3:24CV535**

J. BRANCH,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action. Plaintiff has requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See Allison v. Carico*, No. 7:12CV00601, 2013 WL 3873140, at *1 (W.D. Va. July 25, 2013); *Allison v. Taylor*, 3:99CV441 (E.D. Va. Sept. 3, 1999); *Allison v. Scott*, 3:99CV392 (E.D. Va. Aug. 3, 1999); *Allison v. Taylor*, 3:99CV349 (E.D. Va. Aug. 10, 1999). Plaintiff's current complaint does not credibly suggest that he is in imminent danger of serious physical harm.

Accordingly, his request to proceed *in forma pauperis* will be DENIED. The Memorandum Order entered on December 6, 2024, which granted Plaintiff leave to proceed *in forma pauperis*, will be VACATED. The action will be DISMISSED WITHOUT PREJUDICE.

2

Plaintiff remains free to submit a new complaint with the full $405 filing fee. The Court will process such a complaint as a new civil action.

An appropriate Final Order will accompany this Memorandum Opinion.

Date: 1/14/25
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge